# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON RAY REED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRINH, et al.,<br><br>　　　　　Defendants. | 1:14cv00231 DLB PC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 6) |

Plaintiff Myron Ray Reed ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on February 21, 2014.[1]

On July 24, 2014, the Court issued an order to show cause why the action should not be dismissed, without prejudice, for failure to exhaust prior to filing suit. Albino v. Baca, 747 F.3d 1162, 1169 (9th Cir. 2014) (in those rare cases where a failure to exhaust is clear from the face of the complaint, the complaint may be dismissed for failure to state a claim).

---

[1] On February 28, 2014, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

1  Plaintiff filed his response July 31, 2014.  Plaintiff has demonstrated an attempt to exhaust and
2  the order to show cause is therefore DISCHARGED.  Plaintiff's complaint will be screened in due
3  course.

5  IT IS SO ORDERED.

   Dated:   **August 4, 2014**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE

2